FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2020

No. 04-20-00268-CR

Quinton Ramon **WILLIAMSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0283
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

# O R D E R

We grant appellant's emergency fourth motion for extension of time to file appellant's brief. We order appellant's brief due January 6, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court